UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONALD WILLIAM SMITH                                    CIVIL ACTION

VERSUS                                                           NO. 14-2207

TERREBONNE PARISH CRIMINAL                        SECTION: "I"(3)
JUSTICE COMPLEX, ET AL.

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 4th day of November, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE